IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **Curtis Sebastian Crummie,** | ) | **Civil Case No. 2:21-cv-00766-MGB** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| **Kadeem Robinson, Terrance Williams,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Plaintiff Curtis Sebastian Crummie ("Plaintiff") filed this action *pro se* on March 17, 2021, pursuant to 42 U.S.C. § 1983. (Dkt. No. 1.) On November 19, 2021, the undersigned issued a Report and Recommendation ("R&R"), recommending that the Court summarily dismiss Plaintiff's claims against Defendants James Adams, David M. Pascoe, and Magistrate Robert Hill Lake in their entirety based on Plaintiff's failure to state any cognizable claims against them. (Dkt. No. 23.) Thereafter, in accordance with the provisions of 28 U.S.C. § 636(c); Rule 73 of the Federal Rules of Civil Procedure; and Local Civil Rule 73.02(B)(1), the parties in this case consented to have a United States Magistrate Judge conduct all proceedings in this case. Based upon this consent, the case was referred to the undersigned for final disposition by Order of the Honorable Mary Geiger Lewis, United States District Judge, on February 9, 2023. (*See* Dkt. No. 95.)

The November 19, 2021 R&R remains pending at this time. While Plaintiff originally objected to the R&R (Dkt. No. 28), he has since obtained counsel and appears to concede to the dismissal of Defendants Adams, Pascoe, and Hill. (Dkt. No. 87.) Regardless, for the reasons contained in the R&R, the Court finds these Defendants should be dismissed from this action.

1

Accordingly, the Court issues this Order adopting the R&R and DISMISSING Defendants Adams, Pascoe, and Magistrate Robert Hill without prejudice and without service of process.

    IT IS SO ORDERED.

March 14, 2023

Charleston, South Carolina

                                          MARY GORDON BAKER
                                          UNITED STATES MAGISTRATE JUDGE